DAVID W. SCOFIELD - 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:	(801) 322-2002
Facsimile:	(801) 912-0320
Email:	dws@psplawyers.com

**[Additional counsel on signature pages]**
Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| JOSE MORENO, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>     v.<br><br>POLARITYTE, INC., DENVER LOUGH, AND JEFF DYER,<br><br>             Defendants. | **NOTICE OF ACKNOWLEDGMENT OF RECEIPT OF STANDING ORDER IN CIVIL CASES (DOC. NO. 4)**<br><br><br><br>**Case No. 2:18-cv-00510-JNP   .** |

David W. Scofield, as attorney for Plaintiff Jose Moreno ("Plaintiff"), as well as Jeffrey C. Block and Jacob A. Walker, who are in the process of preparing Applications for admission pro hac vice, through the undersigned, verify that each of them has received, and has carefully read and will comply with, the Court's Standing Order in Civil Cases (Doc. No. 4).

Dated: July 2, 2018                                  Respectfully submitted,

                                                                  **PETERS | SCOFIELD**
                                                                  *A Professional Corporation*

                                                                  /s/ David W. Scofield
                                                                  DAVID W. SCOFIELD
                                                                  Additional Counsel on next page

**BLOCK & LEVITON LLP**
Jeffrey C. Block, *pro hac vice forthcoming*
Jacob A. Walker, *pro hac vice forthcoming*
155 Federal Street, Suite 400
Boston, MA 02110
Tel: 617-398-5600
Fax: 617-507-6020
Jeff@blockesq.com
Jake@blockesq.com

*Counsel for Plaintiff*