Kenneth B. Black (05588)
ken.black@stoel.com
Michael R. Menssen (15424)
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

*Attorneys for Defendants*
*PolarityTE, Inc.*; *Denver Lough; and Jeff Dyer*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOSE MORENO, Individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>POLARITYTE, INC.; DENVER LOUGH; and JEFF DYER,<br><br>　　　　　Defendants. | **NOTICE OF APPEARANCE OF KENNETH B. BLACK**<br><br>Case No. 2:18-cv-00510-JNP<br><br>The Honorable Jill N. Parrish |

　　　　PLEASE TAKE NOTICE that Kenneth B. Black of Stoel Rives LLP hereby appears as counsel on behalf of Defendants PolarityTE, Inc.; Denver Lough; and Jeff Dyer in the above-captioned action and requests that all further notices, inquiries, and copies of pleadings, papers or other material relevant to this action be directed and served upon the following:

　　　Kenneth B. Black
　　　ken.black@stoel.com
　　　STOEL RIVES LLP
　　　201 S. Main Street, Suite 1100
　　　Salt Lake City, UT  84111
　　　Telephone:  801-328-3131
　　　Facsimile:  801-578-6999

97772983.1 0200589-00001

2

DATED:  July 25, 2018                    STOEL RIVES LLP


/s/ *Kenneth B. Black*
Kenneth B. Black
Michael R. Menssen

*Attorneys for Defendants*
*POLARITYTE, INC*.; *DENVER LOUGH; and*
*JEFF DYER*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2018, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF KENNETH B. BLACK** was served to counsel who have appeared electronically in this action.

/s/ Rose Gledhill