Kenneth B. Black (05588)
ken.black@stoel.com
Michael R. Menssen (15424)
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

*Attorneys for Defendants*
*PolarityTE, Inc.; Denver Lough; and Jeff Dyer*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOSE MORENO, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC.; DENVER LOUGH; and JEFF DYER,<br><br>Defendants. | **NOTICE OF APPEARANCE OF MICHAEL R. MENSSEN**<br><br>Case No. 2:18-cv-00510-JNP<br><br>The Honorable Jill N. Parrish |

PLEASE TAKE NOTICE that Michael R. Menssen of Stoel Rives LLP hereby appears as counsel on behalf of Defendants PolarityTE, Inc.; Denver Lough; and Jeff Dyer in the above-captioned action and requests that all further notices, inquiries, and copies of pleadings, papers or other material relevant to this action be directed and served upon the following:

Michael R. Menssen
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  801-328-3131
Facsimile:  801-578-6999

DATED:  July 25, 2018                          STOEL RIVES LLP


                                               /s/ *Michael R. Menssen*
                                               Kenneth B. Black
                                               Michael R. Menssen

                                               *Attorneys for Defendants*
                                               *POLARITYTE, INC.; DENVER LOUGH; and*
                                               *JEFF DYER*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2018, a true and correct copy of the

foregoing **NOTICE OF APPEARANCE OF MICHAEL R. MENSSEN** was served to counsel

who have appeared electronically in this action.


*/s/ Rose Gledhill*