# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **JOSE MORENO, Individually, and on Behalf of All Others Similarly Situated,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**POLARITYTE, INC.; DENVER LOUGH; and JEFF DYER,**<br><br>    **Defendants.** | **ORDER GRANTING STIPULATED MOTION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**Case No. 2:18-cv-00510-JNP-PMW**<br><br>**District Judge Jill N. Parrish**<br><br>**Chief Magistrate Judge Paul M. Warner** |

    Pursuant to the stipulation of the parties, and for good cause appearing, Defendants' response to the Complaint shall not be due until after this court appoints a lead plaintiff and lead counsel, lead plaintiff serves or designates an operative complaint, and the parties agree to a schedule for Defendants to respond to the operative complaint and a schedule for any anticipated briefing.

    IT IS SO ORDERED.

    DATED this 31st day of July, 2018.

                                         BY THE COURT:

                                         _____

                                         PAUL M. WARNER<br>
                                         Chief United States Magistrate Judge