Kenneth B. Black (05588)
ken.black@stoel.com
Michael R. Menssen (15424)
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

*Attorneys for Defendants*
*PolarityTE, Inc.*; *Denver Lough; and Jeff Dyer*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOSE MORENO, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC.; DENVER LOUGH; and JEFF DYER,<br><br>Defendants. | **DEFENDANT POLARITYTE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:18-cv-00510-JNP<br><br>The Honorable Jill N. Parrish |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant PolarityTE, Inc. ("PolarityTE"), by and through undersigned counsel, hereby discloses the following:  PolarityTE is a publicly held corporation whose shares are traded on NASDAQ.  It has no parent company and no publicly held corporation owns more than 10% or more of PolarityTE's shares.

DATED:  August 1, 2018   STOEL RIVES LLP
/s/ *Kenneth B. Black*
Kenneth B. Black
Michael R. Menssen
*Attorneys for Defendants*
*POLARITYTE, INC.; DENVER LOUGH; and*
*JEFF DYER*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2018, a true and correct copy of the foregoing **DEFENDANT POLARITYE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was served to counsel who have appeared electronically in this action.

*/s/ Rose Gledhill*