FILED
2018 AUG 2 AM 11:25
CLERK
U.S. DISTRICT COURT

Kenneth B. Black (05588)
ken.black@stoel.com
Michael R. Menssen (15424)
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

*Attorneys for Defendants*
*PolarityTE, Inc.*; *Denver Lough; and Jeff Dyer*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOSE MORENO, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC.; DENVER LOUGH; and JEFF DYER,<br><br>Defendants. | **ORDER FOR PRO HAC VICE ADMISSION OF NICHOLAS J. SICILIANO**<br><br>Case No. 2:18-cv-00510-JNP<br><br>The Honorable Jill N. Parrish |

It appearing to the Court that petitioner meets the pro hac vice admission requirements of D.U. Civ. Rule 83-1.1(d), the motion for the admission pro hac vice of NICHOLAS J. SICILIANO in the United States District Court, District of Utah, in the subject case is GRANTED.

DATED this 2nd day of August, 2018.

_____
Hon. Jill N. Parrish
United States District Judge

97728618.1 0200589-00001

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2018, a true and correct copy of the foregoing **ORDER FOR PRO HAC VICE ADMISSION OF NICHOLAS J. SICILIANO** was served to counsel who have appeared electronically in this action.

*/s/ Rose Gledhill*
