# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **JOSE MORENO, Individually, and on Behalf of All Others Similarly Situated,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**POLARITYTE, INC.; DENVER LOUGH; and JEFF DYER,**<br><br>    **Defendants.** | **ORDER GRANTING STIPULATED JOINT MOTION TO STAY ORDER TO PROPOSE SCHEDULE**<br><br>Case No. 2:18-cv-00510-JNP-PMW<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Paul M. Warner |

Before the court is the Parties' stipulated joint motion to stay the court's Order to Propose Schedule. The Parties' motion is GRANTED. Accordingly:

1. The tasks set forth in the Order to Propose Schedule (Dkt. No. 11) shall not occur unless and until the action proceeds past the motion-to-dismiss stage; and

2. In the event that the action proceeds past the motion-to-dismiss stage, the Order to Propose Schedule (Dkt. No. 11) shall not be considered to be entered until twenty-one (21) days after the order denying a motion to dismiss has been issued.

IT IS SO ORDERED.

DATED this 10th day of August, 2018.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge