Sarah Elizabeth Spencer, #11141
Bryson R. Brown, #14146
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111-2047
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472
Sarah.Spencer@chrisjen.com
Bryson.Brown@chrisjen.com
*Attorneys for Movant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSE MORENO, Individually and On Behalf of All Others Similarly Situated,,<br><br>    Plaintiff,<br><br>vs.<br><br>POLARITYTE, INC., DENVER LOUGH, and JEFF DYER,<br><br>    Defendants. | NOTICE OF APPEARANCE<br><br><br><br><br><br>Case No. 2:18-CV-00510-JNP-PMW<br><br>Judge Jill N. Parrish |

Bryson R. Brown, of the law firm of CHRISTENSEN & JENSEN, hereby enters his appearance on behalf of Movant Michael A. Motto.  Undersigned counsel requests that he be served with copies of all documents filed in this case.

DATED this 27th day of August, 2018.

                                                CHRISTENSEN & JENSEN, P.C.

                                                */s/  Bryson R. Brown*
                                                Sarah Elizabeth Spencer
                                                Bryson R. Brown
                                                *Attorneys for Movant*