Sarah Elizabeth Spencer, #11141
Bryson R. Brown, #14146
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111-2047
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472
Sarah.Spencer@chrisjen.com
Bryson.Brown@chrisjen.com
*Attorneys for Movant Michael Motto*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSE MORENO, Individually and On Behalf of All Others Similarly Situated,,<br><br>    Plaintiff,<br><br>vs.<br><br>POLARITYTE, INC., DENVER LOUGH, and JEFF DYER,<br><br>    Defendants. | **NOTICE OF WITHDRAWAL**<br><br><br><br>Case No. 2:18-CV-00510-JNP-PMW<br><br>Judge Jill N. Parrish |

Sarah Elizabeth Spencer and Bryson R. Brown, of the law firm of CHRISTENSEN & JENSEN, hereby withdraw and request they be removed from electronic notifications for this case.

DATED this 7th day of September, 2018.

CHRISTENSEN & JENSEN, P.C.

*/s/ Sarah E. Spencer*

Sarah Elizabeth Spencer
Bryson R. Brown
*Attorneys for Movant Michael Motto*