Jon V. Harper (#1378)
**HARPER LAW, PLC**
P.O. Box 581468
Salt Lake City, UT 84158
Tel: (801) 910-4357
jharper@jonharperlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE POLARITYE, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. 2:18-cv-510-JNP<br>(Consolidated with 2:18-cv-514-DB)<br><br>ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF JEREMY A. LIEBERMAN<br><br>Honorable Jill N. Parrish |
|---|---|

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of DUCiv R 83-1.1(d), the motion for the admission *pro hac vice* of Jeremy A. Lieberman in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 24th day of January, 2019

_____
Jill N. Parrish
U.S. District Judge