# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| **IN RE POLARITYTE, INC. SECURITIES LITIGATION,**<br><br>**THIS DOCUMENT RELATES TO:**<br>All Actions | **ORDER GRANTING STIPULATED JOINT MOTION TO STAY ORDER REQUIRING LEAD PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Case No. 2:18-cv-00510-JNP-PMW<br>(Consolidated with 2:18-cv-00541-JNP)<br><br>District Judge Jill N. Parrish<br>Chief Magistrate Judge Paul M. Warner |

Before the court is the parties' Stipulated Joint Motion to Stay Order Requiring Lead Plaintiff to File Motion For Class Certification. For the reasons set forth in the motion, and for good cause appearing, the court GRANTS the motion, and IT IS HEREBY ORDERED:

1. Lead Plaintiff shall not file a motion for class certification unless and until the action proceeds beyond a motion to dismiss; and

2. In the event that the action proceeds beyond a motion to dismiss, the Parties will meet and confer regarding a case schedule within thirty (30) days after an order denying a motion to dismiss, in whole or in part, has been issued, including the time for a motion for class certification.

DATED this 19th day of February, 2019.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge