HARPER LAW, PLC
Jon V. Harper
P.O. Box 581468
Salt Lake City, Utah 84158
(801) 910-4357
jharper@jonharperlaw.com

*Liaison Counsel for the Proposed Class*

*[Additional counsel appear on signature page]*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| IN RE POLARITYTE, INC. SECURITIES LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**Case No. 2:18-cv-00510-JNP-PMW**<br>**(Consolidated with 2:18-cv-00541-JNP)**<br><br>**District Judge Jill N. Parrish**<br>**Chief Magistrate Judge Paul M. Warner** |

Based on the stipulation proposed by the parties in their Joint Motion for Approval of Stipulation Setting Briefing Schedule for Defendants' Motion to Dismiss the Amended Complaint, and good cause appearing therefor, the court hereby GRANTS the motion and orders as follows:

1.    Lead Plaintiff shall file his Opposition to Defendants' Motion to Dismiss the Amended Complaint by August 2, 2019.

2. Defendants shall file their reply thereto by September 13, 2019.

IT IS SO ORDERED.

DATED this 30th day of April, 2019.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge