AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

**JUDGMENT IN A CIVIL CASE**

In Re PolarityTE, Inc., Securities Litigation

Case Number: 2:18-cv-00510-HCN-JCB

    IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice for failure to state a claim upon which relief can be granted.

November 23, 2020             BY THE COURT:
*Date*

                                                Howard C. Nielson, Jr.
                                                United States District Judge